Bryan Benard (Bar No. 192630)
Adam Bouka (Bar No. 322388)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
bbenard@hollandhart.com
abouka@hollandhart.com

*Attorneys for Defendants*

# IN THE OF UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAIN PELLERIN, an individual, | **DECLARATION OF BRYAN BENARD IN SUPPORT OF NOTICE OF REMOVAL** |
| Plaintiff, | |
| vs. | |
| INPUT OUTPUT GLOBAL, INC., a Wyoming corporation (formerly Delaware); | Case No: '25CV1952 BTM SBC |
| INPUT OUTPUT GLOBAL SINGAPORE PTE. LTD, a Singapore corporation; | Judge _____ |
| INPUT OUTPUT HK LIMITED, a Hong Kong corporation; | |
| IOHK USA LLC, a Wyoming limited liability company; and | |
| DOES 1-200, inclusive, | |
| Defendants. | |

1

**DECLARATION OF BRYAN BENARD IN SUPPORT OF NOTICE OF REMOVAL**

I, Bryan Benard, declare as follows:

1. I am an attorney licensed to practice law in the States of California and Utah. I am a partner at Holland & Hart LLP, and counsel of record for Defendants INPUT OUTPUT GLOBAL, INC.; INPUT OUTPUT GLOBAL SINGAPORE PTE. LTD; INPUT OUTPUT HK LIMITED; AND IOHK USA LLC ("Defendants") in the above-captioned matter. The facts stated herein are based on my personal knowledge, except where otherwise stated on information and belief, and as to those facts, I believe them to be true. If called to testify, I could and would testify competently to the matters set forth herein.

2. According to the court docket, Plaintiff Romain Pellerin filed this action on July 25, 2025, in the Superior Court of California, County of San Diego, entitled *Romain Pellerin v. Input Output Global, Inc., et al.*, Case No. 25CU039201C. The version of the Complaint received by Defendants appears to be signed and dated July 29, 2025. Although Defendants have not been served, Defendants reviewed a copy of the Complaint on July 30, 2025. This Notice of Removal is being filed on July 31, 2025, within 30 days of receipt of the initial pleading, and is therefore timely under 28 U.S.C. § 1446(b). I am not presently aware of any defendants in this action that have been properly served with the Summons and Complaint.

3. Based on my review of corporate records and publicly available information, I am informed and believe that Defendant Input Output Global, Inc. is, and was at the time of the filing of the Complaint, a corporation organized under the laws of the State of Wyoming, with its principal place of business in the State of Colorado. IOHK USA LLC is, and was at the time of the filing of the Complaint, a limited liability company organized under the laws of the State of Wyoming. Its sole member is Input Output Global, Inc. Accordingly, for purposes of diversity jurisdiction, IOHK USA LLC is a citizen of Wyoming and Colorado. Defendant Input Output Global Singapore Pte. Ltd. is identified in the Complaint as a private limited company incorporated in Singapore. However, based on a review of available corporate records, Defendants are not aware of any entity by that

exact name within their corporate structure. To the extent such an entity exists, it is not known to be affiliated with Defendants. Defendant Input Output HK Limited is a corporation incorporated in Hong Kong with its principal place of business in Hong Kong.

4. Based on Plaintiff's allegations in the Complaint, including paragraph 3, I am informed and believe that Plaintiff Romain Pellerin is, and was at the time of filing, a citizen of the State of California.

5. Accordingly, there is complete diversity of citizenship between Plaintiff and all potential defendants I am aware of. Furthermore, based on Plaintiff's allegations seeking unpaid equity compensation, lost income, and punitive damages, the amount in controversy exceeds $75,000, exclusive of interest and costs. This Court therefore has original jurisdiction over this action pursuant to *28 U.S.C. § 1332(a)*, and removal is proper under *28 U.S.C. § 1441*.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 31, 2025, at Salt Lake City, Utah.

*/s/ Bryan Benard*
Bryan Benard

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2025, a true and correct copy of the foregoing **DECLARATION OF BRYAN BENARD IN SUPPORT OF NOTICE OF REMOVAL** to be to be served via email to the following:

Yano Rubinstein
Kymberleigh N. Korpus
RUBINSTEIN LAW
2021 Fillmore Street #2260
San Francisco, CA  94115
yano@rublaw.com
kkorpus@rublaw.com

*Attorneys for Plaintiff*

By:   /s/ Bryan Benard

35506825_v3